Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

DOC NO

REC'D/FILED

# UNITED STATES DISTRICT COURT

for the

District of

NOV 26  PM 1:00

PETER OPPENER
CLERK US DIST CL T
WD OF WI

Division

Case No.   18-cv-968-wmc

*(to be filled in by the Clerk's Office)*

**Brenda Marcell Owen**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**Tim Coleman, Ronald Osborne**
**Roger Lee Krueger JR, Brian Charles**
**Tarkenton**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name

All other names by which
you have been known:

ID Number

Current Institution

Address

*Brenda Marcell Owen*
*Brenda M Owen / Brenda Marcel Owen*
*Brenda Marcel Krueger / Brenda Marcell Krueger*
*Unknown*
*Homeless*
*312 Wisconsin Avenue*
*madison*  *WI*  *53703*
　　　City　　　　State　　Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*Roger Lee Krueger JR.*
*Unknown*
*Unknown*
*Unknown*
*Unknown*
*Unknown*  *Unknown*  *Unknown*
　　　City　　　　State　　Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*Brian Charles Tarkenton*
*Unknown*
*Unknown*
*Unknown*
*506 North Main Street*
*Oregon*  *WI*  *53575*
　　　City　　　　State　　Zip Code

☐ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name                            Ronald Osborne

Job or Title *(if known)*        Unknown

Shield Number                   Unknown

Employer                        Unknown

Address                         312 Wisconsin Avenue

Madison            WI      53703
*City*              *State*      *Zip Code*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4

Name                            Tim Coleman

Job or Title *(if known)*        Unknown

Shield Number                   Unknown

Employer                        Unknown

Address                         506 North Main Street

Oregon            WI      53575
*City*              *State*      *Zip Code*

☐ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 6      Amendment 16
Amendment 7
Amendment 8

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Amendment 6    Amendment 16
Amendment 7
Amendment 8

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Amendment 6    Amendment 8
Amendment 16    Amendment 7

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☒    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☒    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

April 7, 2011    Bayview Heights 719 Charles Lane
                 Stoughton, WI, 53589

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

July 16, 2016 Dane County Jail

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

*married*
Started *March 29, 2006*, divorced *April 7, 2011*, *Jailed July 16, 2016*

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Jailed on July 16, 2016, Contempt of Court, Roger Lee Krueger Jr
Brian Charles Tarkenton, Tim Coleman, and Ronald Osborne
along with many others, Relatives of mine were
also involved.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

March 14, 2014 Domestic abuse with Brian Charles Tarkenton
September 23, 2016 Domestic abuse with Ronald Osborne
Went to Sun Prairie Urgent Care for injuries.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Unsure, others in charge of any income of mine.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Dane County Jail

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Amendment 16      Amendment 8
Amendment 6
Amendment 7

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.      If you did file a grievance:

1.   Where did you file the grievance?

*Couldn't needed to hire attorney.*

2.   What did you claim in your grievance?

*Couldn't needed to hire attorney*

3.   What was the result, if any?

*No results until I hire attorney.*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*Did do appeal paperwork, mailed paperwork to state, federal, and Supreme Court.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*Dane County Jail Staff said need to hire attorney.*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Talked to Dane County Jail staff July 16, 2016, their response was to hire attorney.*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Dane County Can't do any paperwork with courthouse, case dismissed 5/15/2017 AND other courts out of our jursidiction*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Dane County Courthouse ~~May 15, 2017~~*
*April 7, 2011*
*May 15, 2017*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    *Brenda Marcell Owen*

Defendant(s)    *Roger Lee Krueger JR.*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*Dane County, Wisconsin*

3.    Docket or index number    *Dane County Courthouse Case # 2010FA000714*
*9592-18/Nos. 18-2091, 18-2092 and 18-2093*
*No. 3:18-cv-00100 wmc  No. 3:18-cv-00101-wmc  No. 3:18-cv-00106-wmc*

4.    Name of Judge assigned to your case    *Moeser, Daniel R, Keppel, Mary Beth*
*Berz, Ellen K., William M. Conley, Jomieson, Antons,*
*Floeter, Daniel M., Hanson, Jason, Crowe, Patricia, Flesch, David*

5.    Approximate date of filing lawsuit    *Poirior, Jennifer, Rauber, Erin, Albert, Ann*

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    *May 15, 2017*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Case dimissed May 15, 2017*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    *yes*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    *Brenda Marcell Owen*

Defendant(s)    *Roger Lee Krueger JR.*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*federal Court 7th district*

*State Court Dane, Wisconsin*
*Dane County Courthouse*

3.    Docket or index number *Case # 2010FA000714*    No. 3:18-cv-00106-wmc
    No. 3:18-cv-00101-wmc
    No. 3:18-cv-00100wmc
*9592-18 docket number*/ Nos. 18-2091, 18-2092 and 18-2093

4.    Name of Judge assigned to your case

*Berz, Ellen K*

5.    Approximate date of filing lawsuit

*Unsure, can't find my paperwork.*

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition    *September 14, 2018*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*Case appealed*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *November 17, 2018*

| | |
|---|---|
| Signature of Plaintiff | *Brenda Marcell Owen* |
| Printed Name of Plaintiff | *Brenda Marcell Owen* |
| Prison Identification # | *Unknown* |
| Prison Address | *Dane County Jail* |
| | *Madison*          *WI*          *53703* |
| | City          State          Zip Code |

### B.    For Attorneys

Date of signing:    *N/A*

| | |
|---|---|
| Signature of Attorney | *N/A* |
| Printed Name of Attorney | *N/A* |
| Bar Number | *N/A* |
| Name of Law Firm | *N/A* |
| Address | *N/A* |
| | *N/A*          *N/A*          *N/A* |
| | City          State          Zip Code |
| Telephone Number | *N/A* |
| E-mail Address | *N/A* |